or original jurisdiction. In the present case, defendant was represented by counsel when sentence was imposed. Mempha v. Rhay, 389 U.S. 128, 88 S.Ct. 254, 19 L.Ed.2d 336 (1967), relied on, involved a *deferred* sentence. Hence, it is distinguishable.

236 So.2d 500

**STATE of Louisiana ex rel.
Donald Lee YATES**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50679.**

June 26, 1970.

Writ refused. The showing made in the application does not warrant either our original or supervisory jurisdiction.